Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00585-CV

Edward R. **POLLARD** and Sharon Pollard,
Appellants

v.

Stephen P. **FINE** and Athena Fine Dobrsenski,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 06-182A
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  February 15, 2012

DISMISSED

In this appeal, the parties have filed an amended joint motion to dismiss. Their motion states they have reached an agreement to settle and compromise their differences in this appeal. The parties' joint motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2). Costs on appeal are taxed against the party that incurred them. *See id.*

PER CURIAM